**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **JOHN LAWLESS,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 11-7306** |
| | : | |
| **DELAWARE RIVER PORT** | : | |
| **AUTHORITY,** | : | |
| | : | |
| **Defendant.** | : | |

_____

<u>**O R D E R**</u>

  **AND NOW**, this 15th day of January, 2013, upon consideration of Plaintiff's Motion to

Compel (Document No. 12, filed November 30, 2012) and Defendants' [sic] Brief in Opposition

to Motion to Compel (Document No. 15, filed December 14, 2012), for the reasons set forth in

the Memorandum dated January 15, 2013, **IT IS ORDERED** that Plaintiff's Motion to Compel

is **DENIED**.

          **BY THE COURT:**

          /s/ Hon. Jan E. DuBois

          _____

          **JAN E. DuBOIS, J.**